A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Aug 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 16, 2009

FILED
CLERK'S OFFICE

IN RE: BAYER CORP. COMBINATION ASPIRIN
PRODUCTS MARKETING AND SALES
PRACTICES LITIGATION

  Douglas Vinson v. Bayer HealthCare, LLC,  )
    N.D. California, C.A. No. 3:09-2724    )  MDL No. 2023
        09 CV 3332(BMC)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On April 14, 2009, the Panel transferred seven civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 609 F.Supp.2d 1379 (J.P.M.L. 2009). Since that time, one additional action has been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Brian M. Cogan.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Cogan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2009, and, with the consent of that court, assigned to the Honorable Brian M. Cogan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel